## PERROTT ET AL. *v.* GLENN.

[No. 23,090.   Filed June 2, 1916.]

APPEAL.—*Perfecting.*—*Time for Filing Transcript.*—*Dismissal.*—
An appeal from an interlocutory injunction order will be dismissed
where the appellant fails to file the transcript in the Supreme Court
during the term at which the order was made.

From Marion Circuit Court (26,180); *Louis B. Ewbank*, Judge.

Action by Thomas Glenn against Samuel V. Perrott and others.
From a judgment for plaintiff, the defendants appeal. *Appeal dismissed.*

*William A. Pickens, Paul G. Davis, Walter Meyers* and *Russel
Ryan,* for appellants.
*Roach & Ballard,* for appellee.

PER CURIAM.—This is an appeal from an interlocutory injunction
order. Appellee's complaint was filed February 28, 1916. On March
11, 1916, appellee filed a petition and bond for a temporary injunction. The injunctive order prayed for was granted on March 22,
1916, from which this appeal is prosecuted. The prayer for this appeal was granted, and the appeal bond was approved on March 30,
1916. The March term of the Marion Circuit Court ended March
31, 1916. The transcript was filed here on April 27, 1916. Appellee
has filed a motion to dismiss the appeal because the transcript was
not filed in this court during the March term of the Marion Circuit
Court. This motion must be sustained. *Shedd* v. *American Maize
Products Co.* (1910), 175 Ind. 86, 93 N. E. 447; *Barney* v. *Elkhart
County Trust Co.* (1906), 167 Ind. 505, 79 N. E. 492; *Natcher* v.
*Natcher* (1899), 153 Ind. 368, 55 N. E. 86. *Appeal dismissed.*

NOTE.—Reported in 112 N. E. 891.